**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**CIVIL MINUTES**

**CASE NO.   4:10cv106-WAP-JMV**        **PLACE HELD -  GREENVILLE, MS**

**DONALDSON v. AVERITT EXPRESS, INC.**

**DATE & TIME BEGUN/ENDED: 7/28/2011 @ 10:00 a.m. -  12:00 p.m.**

**TOTAL TIME - 2 Hours**

**PRESENT:**       **Honorable Jane M. Virden, U.S. Magistrate Judge**

**ATTORNEY(S) FOR PLAINTIFF(S)**        **ATTORNEY(S) FOR DEFENDANT(S)**
Nick Norris                              Chris Anderson
                                         Martin Zummach

**PROCEEDINGS:  Final Pretrial Conference**

**Docket Entry:**  Conference held.  Pretrial order due August 1, 2011.

**DAVID CREWS, CLERK**

By:    /s/ Dean Dacus
        Courtroom Deputy